| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:01CR117-003/RV |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Margaret Elizondo Castro<br><br>San Antonio, Texas 78237 | DISTRICT<br>Florida Northern | DIVISION<br>Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>06/15/2005    TO<br>06/14/2009 |

OFFENSE

Count 1: Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/27/05
Date

Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/04/05
Effective Date

United States District Judge

05 AUG 11 PM 3:30

FILED